UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KWAN CHUEN CHIEH (wife                    CIVIL ACTION
of/and) KIN TAK CHIEH

VERSUS                                    NO: 06-8205

COLONY INSURANCE COMPANY; J.              SECTION: J(4)
EVERETT EAVES, INC.


ORDER AND REASONS

Before the Court is the **Motion for Reconsideration and to Amend Judgment Pursuant to Rule 59(e) or in the Alternative to Certify the Matter for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Rec. Doc. 21).** Defendant Colony Insurance Company opposed this motion, which was set for hearing, without oral argument, on January 17, 2007. After reviewing the memoranda of counsel, the applicable law, and the Court's previous opinion, the Court hereby **DENIES** the motion for reconsideration and confirms its previous finding denying Plaintiff's motion to remand and dismissing the improperly joined defendant, J. Everett Eaves. Specifically, this Court concludes that Plaintiff's motion does not present any arguments that were not made by Plaintiff prior to judgment being rendered or that were not available to Plaintiff at the time judgment was rendered. The

1

Court further concludes that there is no reason to depart from the rule of appellate jurisdiction that restricts appeals only to final judgments.  Accordingly,

**IT IS ORDERED** that **Motion for Reconsideration and to Amend Judgment Pursuant to Rule 59(e) or in the Alternative to Certify the Matter for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Rec. Doc. 21)** should be and is hereby **DENIED**.

New Orleans, Louisiana this  1st day of February, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE